**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUSSAIN KHAN, ) | No. CV 09-4684-VBF(CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER (United States ) Attorney General), ) | |
| ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that this petition is dismissed, without prejudice, for lack of jurisdiction.

DATED: <u>October 23, 2009</u>

_/s/ Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge